1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                        CENTRAL DISTRICT OF CALIFORNIA
9
10   CHARLES LANTZ OCHSNER,          )   No. EDCV 15-1673 FFM
                                      )
11                   Petitioner,      )
                                      )   JUDGMENT
12        v.                          )
                                      )
13   RIVERSIDE COUNTY SHERIFF         )
     STANLEY SNIFF, Sheriff,          )
14                                    )
                     Respondent.      )
15   _____)

16        Pursuant to the Order Denying Petition for Writ of Habeas Corpus,
17        IT IS ADJUDGED that the Petition is dismissed with prejudice.
18
19   DATED: December 3, 2015
20
21                                        /S/ FREDERICK F. MUMM
22                                         FREDERICK F. MUMM
                                        United States Magistrate Judge
23
24
25
26
27
28